Eastern District of Louisiana at New Orleans, Louisiana

Mag. Number: 10-84          (Complaint) Warrant Other District

Defendant: David Bailey

Charge: Conspiracy to Distribute Heroin

_____ USC _____

U.S. Attorney: Quinlan

Interpreter Needed?   Yes   No

Court Date and Time: _____

Before Magistrate Judge: _____

Location: Courtroom # _____ New Orleans, Louisiana

Notify:   AUSA
          PreTrial Services
          Probation, if necessary
          Deft. Counsel
          USM
          Magistrate Judge