# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CR.NO. 10-84 MAG

**ORDER**

VERSUS

__X__ Appointing Counsel

____ Substituting Counsel For:

DAVID BAILEY

_____

____ Ratifying Prior Service

____ Extending Appointment For Appeal

CHARGE: CONSPIRACY TO DISTRIBUTE HEROIN

__X__ FELONY     ____ MISDEMEANOR

__X__ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**VIRGINIA SCHLUETER, FEDERAL PUBLIC DEFENDER, HALE BOGGS  FEDERAL BLDG., RM 318, 501 MAGAZINE ST, NEW ORLEANS, LA 70130 PHONE: (504)589-2468**

____ Federal Public Defender is appointed for the limited purpose of:

____ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

____ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

____ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $ _____ per month.  This amount is to be paid,  beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on    JUNE 30, 2010

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (*Only if defendant is ordered to pay*)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE

_____ V.S. _____

FOR _____

AT _____

LOCATION NUMBER ▶ [_____]

PERSON REPRESENTED (Show your full name)

▶ David Anthony Bailey

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate  10-84
District Court ▶
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony
☐ Misdemeanor

Poss. With Intent to Distribute Heroin

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now  ☐ Yes  ☑ No  ☐ Am Self-Employed

Name and address of employer: _____  Wood Body Shop

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment  11/07
How much did you earn per month?  1,800

If married is your Spouse employed?  ☐ Yes  ☑ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No

IF YES, GIVE THE RECEIVED & THE

RECEIVED  $ _____
SOURCES  _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☑ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ not sure

DESCRIPTION  Chevrolet 2004 Monte Carlo, Salvage Car

GAVE CAR AWAY BUT TITLE NOT CHANGED

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
✓ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents  Ø

List persons you actually support and your relationship to them  NONE

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | CAR INSURANCE | $ | $ 150 |
| | PHONE | $ | $ 100 |
| | FOOD | $ | $ 200 |
| | | $ | $ |

Family helping pay bills  500.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____ 6/30/10 _____

SIGNATURE OF (OR PERSON REPRESENTED) ▶ _[signature]_